John M. Hanamirian, Esq., Attorney I.D.: 002861992
Antranig N. Garibian, Esq., Attorney I.D.: 008492005
Hanamirian, Garibian & Kranjac, P.C.
40 East Main Street
Moorestown, NJ 08057
jmh@hgklawyers.com
ag@hgklawyers.com
Telephone: (856) 793-9092
Facsimile: (856) 793-9121
*Attorneys for Plaintiff, William Adoff*

## IN THE UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF NEW JERSEY

| | : | Civil Action |
|---|---|---|
| **William Adoff** | : | |
| | : | **No.: 1:14-CV-03364-RMB-JS** |
| **Plaintiff,** | : | |
| | : | **NOTICE OF VOLUNTARY** |
| **v.** | : | **DISMISSAL PURSUANT TO F.R.C.P.** |
| | : | **41(a)(1)(A)(i)** |
| **Robert Irvin Roth, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants.

**HANAMIRIAN, GARIBIAN & KRANJAC, P.C.**

/s/ Antranig N. Garibian
John M. Hanamirian, Esq., Attorney I.D.: 002861992
Antranig N. Garibian, Esq., Attorney I.D.: 008492005
40 E. Main Street Moorestown, NJ 08057
jmh@hgklawyers.com
ag@hgklawyers.com
Telephone: (856) 793-9092
Facsimile: (856) 793-9121

October 18, 2014